David Cutler, 036107
Phoenix Fresh Start Bankruptcy
4602 E Thomas Rd
Phoenix, AZ 85018
Phone: 602-456-1813
Fax: 847-673-8636
Email: david@phxfreshstart.com
Attorney for Debtors

THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>David A Keadle and Stephanie F Keadle,<br><br>Debtors.<br><hr>Selene Finance,<br><br>Movant,<br><br>v.<br><br>David A Keadle and Stephanie F Keadle, Debtors; Anthony Mason, Trustee,<br><br>Respondents. | Case No. 2:25-bk-06637-BKM<br><br>Chapter 7<br><br>**OBJECTION TO MOTION FOR RELIEF FROM AUTOMATIC STAY**<br><br>Real Property Located at:<br><br>3266 N 198th Lane<br>Buckeye, AZ  85396 |

David A Keadle and Stephanie F Keadle ("Debtors"), by and through undersigned counsel, objects to Selene Finance's ("Creditor") Motion for Relief from Automatic Stay and in support thereof, state:

1. Creditor filed its Motion for Relief from Automatic Stay on September 15, 2025.

2. In its Motion, Creditor states that Debtors are post-petition delinquent by two (2) payments, totaling $3,677.00.

3. On September 18, 2025, Debtor made a payment of $1,850.00 to Creditor, lowering the balance outstanding due to Creditor to $1,827.00.

4. David Keadle is currently employed and receives a paycheck every two weeks.

5. Debtors can make an additional payment to Creditor on or about October 2 and October 18, 2025.

6. Debtors, since filing for bankruptcy relief, have been unable to electronically log in to their account with Creditor, thereby preventing them from checking the status of the loan with Creditor.

7. Upon information and belief, Creditor intentionally locked Debtors out from their online account in response to Debtor's bankruptcy filing.

8. In addition, Debtors' Petition shows that Debtors have approximately $126,000.00 of equity in the subject property.

9. $126,000.00 of equity is more than sufficient to provide Creditor with a cushion, thereby protecting its interest in the subject property.

Dated: September 22, 2025

Respectfully submitted:

/s/ David Cutler
David Cutler, 036107
Phoenix Fresh Start Bankruptcy

# CERTIFICATE OF SERVICE

This is to certify that the foregoing was submitted on September 22, 2025 in the United States Bankruptcy Court for filing and transmittal of notice of electronic filing to the United States Trustee, the Trustee assigned to this case, and the ECF registrants appearing in this case.

/s/ David Cutler
David Cutler, 036107
Phoenix Fresh Start Bankruptcy
4602 E Thomas Rd
Phoenix, AZ 85018